UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**DAVID HIGGINS,**

    **Plaintiff,**

**v.**                                                    **Case No: 8:22-cv-2381-MSS-SPF**

**WEB DIRECT BRANDS, INC.,**

    **Defendant.**

_____

## ORDER

**THIS CAUSE** comes before the Court for consideration of Plaintiff's Notice of Filing Pro Se Defendant's Answer and Affirmative Defenses. (Dkt. 7) Therein, Plaintiff files "Defendant's Answer and Affirmative Defenses" received by Plaintiff's counsel from an individual named Anthony Gaeto on behalf of Defendant Web Direct Brands, Inc. ("Defendant"). (Id.) The Answer is signed by Anthony Gaeto as President of Web Direct Brands, Inc. (Dkt. 7-1) Though the Court appreciates the courtesy, Plaintiff's counsel is not authorized to file documents on behalf of Defendant.

Moreover, because Defendant is a corporation, it is required to be represented by counsel. See M.D. Fla. Local rule 2.02(b)(2); Palazzo v. Gulf Oil Corp., 764 F.2d 1381, 1385 (11th Cir. 1985). Defendant may not appear in Court through its principals or agents who are not lawyers licensed to practice law and authorized to practice in this Court. Thus,, Defendant may not proceed *pro se*, nor may it be heard through its representative Anthony Gaeto, who is not a member of the Florida Bar.

- 1 -

Accordingly, it is hereby **ORDERED** that:

1. Plaintiff's Notice of Filing Pro Se Defendant's Answer and Affirmative Defenses, (Dkt. 7), is **STRICKEN**.

2. Defendant shall have **twenty-one (21) days** from the date of this Order to obtain counsel, who shall file a notice of appearance with this Court. **Defendant is hereby admonished that failure to retain counsel may result in the entry of a default judgment against it because it will be unable to defend itself in this action.**

3. The Clerk is **DIRECTED** to mail a copy of this Order to Defendant Web Direct Brands, Inc. at 13100 State Road 54, Odessa, FL 33556, which is the address of record that is listed on the return of service (Dkt. 6-1) and on the document offered as Defendant's answer. (Dkt. 7-1)

4. Plaintiff is **DIRECTED** to electronically mail a courtesy copy of this Order to Anthony Gaeto at anthony@webdirectbrands.com.

**DONE and ORDERED** in Tampa, Florida this 6th day of December 2022.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party