UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAVID HIGGINS,

Plaintiff,                                    CASE NO.: 8:22-cv-2381-MSS-SPF

vs.

WEB DIRECT BRANDS, INC.,

    Defendant.
_____/

## MOTION FOR DEFAULT

Plaintiff, DAVID HIGGINS, moves for default against the defendant, WEB DIRECT BRANDS, INC., for failure to serve any papers responding to Plaintiff's Complaint on the undersigned or file any papers as required by law and in support states the following:

    1.    On October 17, 2022, Plaintiff filed the Complaint in the above case in the US District Court for the Middle District of Florida. (DE 1)

    2.    On October 25, 2022, Plaintiff served the Summons and Complaint upon the Defendant. (DE 9)

    3.    On November 7, 2022, Plaintiff received Defendant's pro se Answer & Affirmative Defenses.

    4.    On December 5, 2022, Plaintiff filed a Notice of Filing Defendant's Pro Se Answer & Affirmative Defenses, which the Court struck by Order on December

6, 2022. (DE 8).

5. In its Order striking Defendant's Answer and Affirmative Defenses, the Court noted that a corporate defendant may not represent itself pro se and must retain legal counsel. The Court granted Defendant 21 days to retain legal counsel. This deadline expired on December 29, 2022.

6. Plaintiff's counsel sent this Notice to Defendant as required by the Court's Order on December 6, 2022. (See email sent by Plaintiff's counsel to Defendant attached as exhibit A).

7. Over 50 days have passed, and Defendant has filed no answer or other defense and no attorney has made a Notice of Appearance on the Defendant's behalf.

**WHEREFORE**, Plaintiff, DAVID HIGGINS, moves that this Court enter a default in this matter.

Dated this 31st day of January 2023.

/s/ Gary L. Printy, Jr., Esq.
Gary L Printy Jr.
Florida Bar No. 41956
PRINTY & PRINTY, P.A.
3411 W. Fletcher Ave., Suite A
Tampa, Florida 33618
Telephone (813) 434-0649
FAX (813) 423-6543
garyjr@printylawfirm.com
e-service@printylawfirm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 31, 2023, I electronically filed the

foregoing with the Clerk of Court using CM/ECF system and electronically mailed a true and correct copy to:

>Anthony Gaeto, anthony@webdirectbrands.com
>*Defendant*